**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **HARUTYUN TARAKCIYAN, et al.,**  *Plaintiffs,*  v.  **WALMART SUPERCENTER-SECAUCUS, et al.,**  *Defendants.* | **Civil Action No. 23-1179(MCA)**  **ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiffs' motion to remand, ECF No. 5;

and it appearing that Judge Almonte issued a Report and Recommendation dated August 17, 2023, in which Judge Almonte recommended that this Court deny Plaintiffs' motion to remand, ECF No. 11; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Almonte's Report and Recommendation;

**IT IS** on this 7th day of September, 2023,

**ORDERED** that Judge Almonte's Report and Recommendation dated August 17, 2023 is **ADOPTED** and Plaintiffs' motion is **DENIED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**